UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHAWN L. HENDERSON,            )<br>                                                          )<br>            Plaintiff,              )<br>    vs.                                          )   No. 1:06-cv-1728-SEB-VSS<br>                                                          )<br>STATE OF INDIANA,              )<br>                                                          )<br>            Defendant.           )   | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:  12/22/2006

*[signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Shawn Henderson
DOC #935411
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064